SION. C. A. 1st Cir. Certiorari denied. *Harry C. Ames, Jr.* for petitioner. *Solicitor General Soberoff, Assistant Attorney General Barnes, Daniel M. Friedman* and *Samuel R. Howell* for respondent.

No. 98. WALSH, U. S. DISTRICT JUDGE, ET AL. *v.* LYONS ET AL., DOING BUSINESS AS LYONS ELECTRICAL DISTRIBUTING CO. C. A. 2d Cir. Certiorari denied. *Albert R. Connelly* for petitioners. *Copal Mintz* for respondents.

No. 101. SOC. ARMADORA DEL NORTE *v.* LAHDE. C. A. 9th Cir. Certiorari denied. *Charles B. Howard* and *Lane Summers* for petitioner. *Oscar A. Zabel* for respondent.

No. 103. GARIEPY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William E. Leahy* for petitioner. *Solicitor General Soberoff* and *Assistant Attorney General Holland* for the United States.

No. 104. McFEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Elden McFarland* for petitioner. *Solicitor General Soberoff, Assistant Attorney General Holland, Ellis N. Slack, Joseph M. Howard* and *Dickinson Thatcher* for the United States.

No. 106. LEIGHTON *v.* SECURITIES & EXCHANGE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Soberoff, William H. Timbers* and *Alexander Cohen* for respondent.